1188

No. 10–7589. THORNTON *v.* MATHENA, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7593. REYES-BURGOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7594. SIXTA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7596. GRAY, BY AND ON BEHALF OF HIS SON D. G. *v.* LATHROP R–II SCHOOL DISTRICT. C. A. 8th Cir. Certiorari denied.

No. 10–7597. DRUM *v.* CALHOUN ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–7603. HUGHES *v.* KING, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–7608. FORNEY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–7612. ASHCROFT *v.* OREGON ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7627. FRANQUI *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 10–7639. MEEKS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 10–7647. CLAYTON *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7652. RICHARDSON *v.* INSERRA, SUPERINTENDENT, MID-ORANGE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–7653. RATLEY *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–7658. MCLENITHAN *v.* HILL, SUPERINTENDENT, POWDER RIVER CORRECTIONAL FACILITY. C. A. 9th Cir. Certiorari denied.